# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2013

147118

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

UNITED FEDERAL CREDIT UNION,
      Plaintiff-Appellee,

v

                                  SC: 147118
                                  COA: 309356
                                  Berrien CC: 2011-000342-CZ

HUGH O. TAPP,
         Defendant,

and

KATHERINE M. TAPP,
         Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 14, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2013



Clerk

p0923